IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-96 |
| | ) |
| DAVID J. KAPPOS, Undersecretary of | ) |
| Commerce for Intellectual Property and Director | ) |
| of United States Patent and Trademark Office, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that David J. Kappos above named, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Final Order entered on November 1, 2012, granting plaintiff's motion for summary judgment and denying defendant's motion for summary judgment.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*By*: _____/s/_____
David Moskowitz
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3778 (direct)
(703) 299-3983 (fax)
David.Moskowitz@usdoj.gov
*Attorney for Defendant*

DATED: December 31, 2012

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 31, 2012, I will file the foregoing with the Clerk of Court the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Houda Morad
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC 20036

*Counsel for Plaintiff*

                                 /s/
David Moskowitz
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3778 (direct)
(703) 299-3983 (fax)
David.Moskowitz@usdoj.gov
*Attorney for Defendant*